```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHRYN FINKEY               :     CIVIL ACTION
                             :
          v.                 :
                             :
COMMISSIONER OF SOCIAL       :
   SECURITY                  :     NO. 05-5058
```

ORDER

AND NOW, this 23rd day of March, 2007, upon consideration of the parties cross-motions for summary judgment (docket entries 7 & 8) as well as the Report and Recommendation of Magistrate Judge David R. Strawbridge (docket entry # 11), and the Court noting that no objections were filed by the March 20, 2007 deadline, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's motion for summary judgment is DENIED;

3. Defendant's motion for summary judgment is GRANTED; and

4. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHRYN FINKEY                  :    CIVIL ACTION
                                :
          v.                    :
                                :
COMMISSIONER OF SOCIAL          :
   SECURITY                     :    NO. 05-5058
```

JUDGMENT

AND NOW, this 23rd day of March, 2007, the Court having today granted defendant's motions for summary judgment, JUDGMENT IS ENTERED in favor of defendant Commissioner of Social Security and against plaintiff Kathryn Finkey.

                              BY THE COURT:

                              /s/ Stewart Dalzell, J.